**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

        Plaintiff,                     Civil No. 08-4209 (RHK/RLE)

vs.

                                         **ORDER**

Duluth Sheet Metal & Roofing Company,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 2, 2008

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge