# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

       Plaintiff,

v.

Duluth Sheet Metal & Roofing Company,

       Defendant.

Civil No. 08-4209 (RHK-RLE)

**ORDER**

---

    Based upon the Stipulation of the parties, **IT IS ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  January 22, 2009

              .        s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge